**Morris Kozak, Plaintiff-Appellee, v. Pearl Kozak, Defendant-Appellant.**

**Gen. No. 52,272. (Abstract of Decision.)**

First District, Second Division.

August 6, 1968.

Rehearing denied September 9, 1968.

Gromer, Abbott & Wittenstrom, of Elgin (Clarence F. Wittenstrom, Jr., of counsel), for appellant; David J. Zimring, Arnstein, Gluck, Weitzenfeld & Minow, of Chicago (Leo H. Arnstein, Arthur L. Klein, and Robert J. Geiger, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.